1   Ryan R. West, NV Bar No. 8721
    **CORVUS LAW GROUP, LLC**
2   15 WEST SOUTH TEMPLE SUITE 1000
    SALT LAKE CITY, UTAH 84101
3   (P) 888-315-4735
    (F) 888-316-0929
4   Attorney for Plaintiff

5

6                   **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8   RICHARD and PAMELA REYES,
                    *Plaintiff,*                    ORDER GRANTING
9   v.                                          VOLUNTARY DISMISSAL

10  COUNTRYWIDE HOME LOANS, INC.,       CIVIL NO.:   2:11-cv-00529
    NATIONAL CITY MORTGAGE, GREEN
11  TREE, BAC HOME LOAN SERVICING, L.P.,
    MORTGAGE ELECTRONIC REGISTRATION   JUDGE: Gloria M. Navarro
12  SYSTEM, and DOES 1-10,

13
                    *Defendants,*
14

15  The above entitled case is hereby DISMISSED WITHOUT PREJUDICE.

16      **IT IS SO ORDERED** this 10th day of June, 2011.

17

18  _____

19  Gloria M. Navarro
    United States District Judge
20

21

22

23

24

25

26

27

28

**CORVUS LAW GROUP, LLC**
15 WEST SOUTH TEMPLE SUITE 100
SALT LAKE CITY, UTAH 84101
(P) 888-315-4735